UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOEY FREDERICK, JASON QUEBEDEAUX, HAROLD JOHNSON, JAKE FONTENOT, STEVEN ROMERO, CASEY DOHMAN, JARED HEBERT, RONNIE TROSCLAIR, KIRBY PORTER, TED SHUFF, JOSEPH JEFFERS, JEFFREY ZELMAN, EZEKIEL LAZARD, GERALD BREAUX, MICHAEL DUHON, DARYL MILLER, CODY DESORMEAUX, ANTHONY DUGAS, AARON BOURQUE, and LESTER PREJEAN,

      Plaintiffs,

VERSUS

FLOWERS FOODS, INC. and FLOWERS BAKING COMPANY OF BATON ROUGE, LLC,

      Defendants.

Case No. 6:21-cv-3565-SMH-CBW

DISTRICT JUDGE,
S. MAURICE HICKS, JR.

MAGISTRATE JUDGE,
CAROL B. WHITEHURST

**CORRECTED JOINT PROPOSED PLAN OF WORK**

The Following dates were set in this case during the scheduling conference on March 17, 2022:

| | |
|---|---|
| Jury Trial: | May 30, 2023 at 9:30 a.m. in Lafayette Courtroom 4 before Chief Judge S. Maurice Hicks, Jr. |
| Pretrial Conference ("PTC"): | May 17, 2023 at 2:00 p.m. in chambers before Chief Judge S. Maurice Hicks, Jr. |

As ordered during the scheduling conference on March 17, 2022, counsel for the parties have conferred with regard to a plan of work in this case, and the parties propose the following pretrial work schedule:

| | | |
|---|---|---|
| 1. | Rule 26(f) Conference: | Completed on March 17, 2022 |
| 2. | Initial Disclosures: | April 27, 2022 |
| 3. | Amendments: | April 27, 2022 |
| 4. | Rule 26(f) Report Due; | May 2, 2022 |
| 5. | Plaintiff's Expert report: | November 8, 2022 |
| 6. | Defendants' Expert report: | December 8, 2022 |
| 7. | Fact and Expert Discovery closes: | January 17, 2023 (120 days prior to PTC) |
| 8. | Dispositive motions due: | February 16, 2023 (90 days prior to PTC) |
| 9. | *Daubert* Motions due: | March 18, 2023 (60 days prior to PTC) |
| 10. | Motions in Limine due: | April 17, 2023 (30 days prior to PTC) |
| 11. | Joint Proposed Pretrial Order due: | May 3, 2023 (14 days prior to PTC) |

While the parties will work in good faith to complete work in this case according to the above schedule, the parties reserve the right to seek extensions for good cause shown.

In view of the fact that some of these parties have been deposed or have responded to certain discovery in the *Richard* action, the parties agree to and propose the following limits on discovery:

**Written Interrogatories and Requests for Production:**

Each side may serve up to 15 interrogatives and request for production on each opposing party. So each party is obligated to respond to a total of 15 interrogatories and requests for production.

Each party agrees to supplement responses to written discovery in the Richard action to the extent relevant to the claims in this action.

**Depositions:**

The deposition of any party or witness deposed in the Richard action shall be limited to 4 hours on the record.

The deposition of any party or witness who was not deposed in Richard shall be limited to 7 hours on the records as stated in the Federal Rules of Civil Procedure.

Respectfully submitted, this 30th day of March, 2022.

| | |
|---|---|
| */s/ Steven G. Durio\** | */s/ C. Garner Sanford, Jr.* |
| Steven G. Durio | C. Garner Sanford, Jr. (*pro hac vice*) |
| Lauren Noel Maurer | GA Bar No. 005020 |
| Randall M. Guidry | 191 Peachtree Street, NE, Suite 4800 |
| Durio, McGoffin, Stagg & Ackermann | Atlanta, GA 30303 |
| 220 Heymann Blvd. | Telephone: 404-881-1300 |
| Lafayette, LA 70503 | Facsimile: 404-870-1732 |
| 337-233-0300 | garner.sanford@ogletree.com |
| durio@dmsfirm.com | |
| lauren@dmsfirm.com | Andrew J. Halverson |
| randy@dmsfirm.com | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| \* with express permission | 325 Settlers Trace Blvd., Suite 201 |
| | Lafayette, LA 70508 |
| Ryan Moore Goudelocke | Telephone: 337.769.6586 |
| Caraway LeBlanc, LLC | 701 Poydras Street, Suite 3500 |
| 130 South Audubon Boulevard | New Orleans, LA 70139 |
| Suite 105 | Telephone: 504.648.3852 |
| Lafayette, LA 70503 | Facsimile: 504.648.3859 |
| 337-345-1985 | andrew.halverson@ogletreedeakins.com |
| rgoudelocke@carawayleblanc.com | |
| | *Attorneys for Defendants* |
| David Patrick Keating | |
| The Keating Firm, Aplc | |
| P.O. Box 3426 | |
| Lafayette, LA 70502 | |
| 337-233-0300 | |
| rick@dmsfirm.com | |
| | |
| Travis J. Broussard | |
| Law Office of Travis Broussard | |
| P.O. 82238 | |
| 70503 | |

Lafayette, LA 70598
337-316-8135
travis@dmsfirm.com

Thomas Moore Hayes , IV
Hayes Harkey et al
P O Box 8032
Monroe, LA 71211-8032
318-3872422
Fax: 318-388-5809
tommy@hhsclaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Corrected Joint Proposed Plan of Work has been filed via the Court's ECF/CM system, which will provide notice to all counsel of record, this 30th day of March, 2022.

                */s/ C. Garner Sanford, Jr.*
                C. Garner Sanford, Jr.