# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Jared Hebert, et al. | Civil Action No. 21-3565 |
| versus | Judge S. Maurice Hicks, Jr. |
| Flowers Foods, Inc., et al. | Magistrate Judge Carol B. Whitehurst |

## JURISDICTIONAL REVIEW FINDINGS

The record shall reflect that this Court has reviewed the pleadings to determine whether the requirements for federal question jurisdiction have been satisfied. The undersigned finds that the pleadings present claims arising under the Fair Labor Standards Act, 29 U.S.C. 201, et seq., and therefore, the claims arise under the Court's federal question jurisdiction.

Thus done and signed this 9th day of May, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE